IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP KESSLER,

   *Petitioner*,

v.      Case No.: 4:19cv468-MW/HTC

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,

   *Respondent*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 33. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 33, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C.§ 2254, ECF No. 1, is **DENIED** without an evidentiary hearing." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on March 29, 2022.**

                                                    s/Mark E. Walker
                                                    **Chief United States District Judge**